**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
RYAN J. BURRIS, BAR NO. 12341.

No. 65405

**FILED**

APR 25 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

*ORDER DECLINING TO IMPOSE TEMPORARY SUSPENSION*

This is a petition by bar counsel pursuant to SCR 111(4) concerning attorney Ryan J. Burris, based on Burris's conviction in Las Vegas Municipal Court, pursuant to a *nolo contendere* plea, of first-offense driving under the influence. Because Burris's conviction is not one of those specifically discussed in SCR 111(6)-(8) as a "serious" crime requiring suspension and automatic referral to the disciplinary board, temporary suspension and referral to the disciplinary board are discretionary with this court. SCR 111(9).

The gravity of drinking and driving cannot be minimized; however, first-offense misdemeanor driving under the influence is not the type of offense for which professional discipline is typically imposed. *See* 2 Geoffrey C. Hazard, Jr., W. William Hodes & Peter R. Jarvis, *The Law of Lawyering* § 65.4 (3d ed. 2012); *In re Respondent I*, 2 Cal. State Bar Ct. Rptr. 260, 266 n.6, 272 (Rev. Dep't 1993).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-13381

Accordingly, having considered the petition and the supporting documentation, we conclude that Burris's offense does not warrant the imposition of a temporary suspension or referral to the disciplinary board at this time.

It is so ORDERED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:   David A. Clark, Bar Counsel
State Bar of Nevada/Las Vegas
Law Office of Betsy Allen